UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>v.<br><br>RICARDO RUIZ,<br><br>　　　Defendant. | Case No. 25-cr-20802<br><br>Honorable Robert J. White |

**STIPULATED PROTECTIVE ORDER**

　　　This Court, having reviewed the stipulation below, being advised in the matter, and for the reasons stated by the parties,

　　　IT IS HEREBY ORDERED that the pretrial disclosure of certain discovery and related materials, as defined in the stipulated protective order below, is controlled by the provisions of the stipulated protective order.

　　　SO ORDERED.

Dated: December 9, 2025　　　　　　　s/Robert J. White
　　　　　　　　　　　　　　　　　　　Robert J. White
　　　　　　　　　　　　　　　　　　　United States District Judge

## STIPULATION BY PARTIES

The parties to the above criminal action do hereby stipulate and agree as follows:

Defendant is charged with Receipt of Child Pornography in violation of 18 U.S.C. § 2252A(a)(2). The evidence recovered during the investigation of Defendant includes sensitive and identifying information about the alleged victims of these offenses and other individuals. The government intends to produce these materials pursuant to its discovery obligations under Federal Rule of Criminal Procedure 16. These materials are hereinafter referred to as Protected Discovery Materials. In order to protect the privacy of the victims included in the Protected Discovery Materials, the parties stipulate to the issuance of a protective order providing the following conditions regarding the disclosure of the Protected Discovery Materials:

1. Access to the Protected Discovery Materials shall be restricted to persons authorized by this stipulation and protective order, namely, Defendant, Defendant's attorney of record in this case, and any employees of the attorney of record who are performing work on behalf of Defendant, to include any defense investigators, in the above captioned case;

2. Defendant may review the Protected Discovery Materials in the presence of his defense counsel or other employees assisting in defense preparation

in this case; however, neither Defendant nor the facility at which he is in custody shall be permitted to keep such materials, including copies and notes of such materials.

3.     Defense counsel and Defendant shall not provide or make copies of the contents of such materials to any other persons not authorized to receive the Protected Discovery Materials under this stipulation and protective order, without prior written consent of the government and/or further order of the Court.

4.     Any and all Protected Discovery Materials received by defense counsel and Defendant, and copies of such materials, shall be returned to the government at the conclusion of these proceedings. Defense counsel may retain any notes made by Defendant, the defense, and experts under the conditions provided above, or shall destroy them.

5.     No party shall refer to any name or initial of any potential or actual minor victim or witness, the name or initial of any relatives of such minors, the month or day of the date of birth of any such minor, the address of any such minor, or any specific educational institution or other organization with which such a minor is associated, in any filing, Court proceeding, or other publicly accessible manner, absent a specific order of the Court, obtained after conferring with the other party. The parties also agree to endeavor to use anonymous designators for any such minor victims or witnesses when possible. This does not entitle either

party to seal their filings as a matter of course. The parties are required to comply in all respects to the relevant local and federal rules of criminal procedure pertaining to the sealing of court documents.

6. The government will mark Protected Discovery Materials subject to this protective order and/or identify such materials in any discovery index provided to the defense.

IT IS SO STIPULATED.

JEROME F. GORGON
U.S. Attorney

*s/Ann Nee*
Ann Nee
Assistant United States Attorney
U.S. Attorney's Office
Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226
(313) 226-9622
ann.nee@usdoj.gov

*s/Wyatt G. Harris (with consent)*
Wyatt G. Harris
Attorney for Defendant
W.G. Harris Assoc.
3057 Marlborough P.O. Box 14621
Detroit, MI 48215
(313) 549-7659
harris5489@gmail.com

December 9, 2025